UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRECK W. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-00556-RLH-RJJ |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| D.W. NEVEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Breck W. Smith, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (docket #1). Before the court is respondents' motion for extension of time to respond to petition for writ of habeas corpus (docket #7). Good cause appearing, respondents' motion is granted. Respondents shall have up to and including September 10, 2011 to respond to the petition.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time to respond to petition for writ of habeas corpus (docket #7) is **GRANTED**. Respondents shall have up to and including September 10, 2011 to file their response to the petition.

Dated this 20th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE